# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr101

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHARLES PHILLIP SMITH. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Continue Docket Call [Doc. 34] and the Government's Motion to Dismiss Without Prejudice. [Doc. 35].

For the reasons stated in the Government's Motion, and for good cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 35] is **GRANTED**, and the Superseding Bill of Indictment [Doc. 14] is hereby **DISMISSED WITHOUT PREJUDICE**.

As this case has been dismissed, **IT IS FURTHER ORDERED** that the Defendant's Motion to Continue Docket Call [Doc. 34] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: August 26, 2010

Martin Reidinger
United States District Judge